The Honorable Kymberly K. Evanson
Trial Date: September 23, 2024

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMIL PEREZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurance company, licensed to do, and doing business in the State of Washington,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-00681<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT** |

## I.　　RELIEF REQUESTED

This matter having come before the Court upon the agreed stipulation of the parties and the Court being otherwise fully advised,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff may have leave to file the amended complaint presented as Exhibit A.

//

//

//

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO AMEND
COMPLAINT  - 1

**DRIGGS BILLS & DAY, PLLC**
2125 Western Avenue, Suite 500
Seattle, WA 98121
(206) 607-9098 • FAX (206) 641-3214

1    DATED this 4ᵗʰ day of October, 2023.

2

3

4    _____
     Kymberly K. Evanson

5    United States District Judge

6

7    Presented by:

8     DATED THIS October 3, 2023.              DATED THIS October 3, 2023.

9

10    DRIGGS, BILLS & DAY, PLLC                FOX ROTHSCHILD LLP

11

12    _____         /s/ Bryan J Case_____
      Thomas McPherson, WSBA# 46192           Gavin W. Skok, WSBA #29766

13    Attorney for Plaintiff                   Bryan J. Case, WSBA #41781
                                               1001 Fourth Avenue, Suite 4400

14                                             Seattle, WA 98154
                                               Telephone: 206.624.3600

15                                             Facsimile: 206.389.1708
                                               Email: gskok@foxrothschild.com

16                                             bcase@foxrothschild.com
                                               nmajor@foxrothschild.com

17                                             Attorneys for Defendant

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO AMEND
COMPLAINT  - 2

**DRIGGS BILLS & DAY, PLLC**
2125 Western Avenue, Suite 500
Seattle, WA 98121
(206) 607-9098 • FAX (206) 641-3214

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO AMEND
COMPLAINT  - 3

**DRIGGS BILLS & DAY, PLLC**
2125 Western Avenue, Suite 500
Seattle, WA 98121
(206) 607-9098 • FAX (206) 641-3214