UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIL PEREZ, <br><br> Plaintiff(s), <br><br> v. <br><br> ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br> Defendant(s). | CASE NO. C23-0681-KKE <br><br> ORDER |

The Court has received Defendant's motion to compel. Dkt. No. 18. In light of the Court's calendar, counsel's notice of unavailability (Dkt. No. 17), and the case schedule in this matter, the Court sets a hearing on this motion for January 12, 2024, at 10 a.m. in Courtroom 16106. Plaintiff's response is due no later than January 5, 2024, and Defendant's reply is due no later than January 11, 2024.

If counsel are unavailable for this hearing, or if the parties wish to resolve this matter via the alternate procedure set forth in Local Civil Rule 37(a)(2), they are directed to contact the Court's deputy clerk Diyana Staples at Diyana_Staples@wawd.uscourts.gov.

ORDER - 1

The clerk is DIRECTED to re-note the motion to compel (Dkt. No. 18) for January 12, 2024.

Dated this 15th day of December, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 2