UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIL PEREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE FIRE AND CASUALTY<br><br>INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C23-0681-KKE<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL |

This matter comes before the Court on Allstate's motion to compel more complete responses to Allstate's Interrogatories 7–8, 11, 13, 16, 17, and 19. Dkt. Nos. 18.[1] For the reasons provided on the record during oral argument, the Court GRANTS Allstate's motion and ORDERS Perez to supplement her discovery responses as follows:

　　1.　　Interrogatory 7: Perez must identify the type and amount of damages she alleges Allstate caused;

　　2.　　Interrogatories 8 and 11: Perez must identify the acts or omissions she alleges support her claim of bad faith and her Insurance Fair Conduct Act claim;

　　3.　　Interrogatory 13: Perez must add detail about her fellow travelers and the general activities she participated in on each enumerated vacation;

---

[1] Allstate withdrew its motion regarding Interrogatories 1, 3, 4, 5, and Plaintiff's privilege log.

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL - 1

4. Interrogatories 16 and 17: Perez must detail the factual basis for her claims of improper claims handling, including identifying facts that support, negate, or otherwise relate to Plaintiff's allegations regarding how Allstate handled or should have handled her claim;

5. Interrogatory 19: Perez must provide an updated and complete list of medical bills that Plaintiff contends were caused by the accident, and identify whether each bill has been paid, and if so, from what source of funds; and

6. Perez must supplement her discovery responses to provide the information identified in this Order within 21 days of receiving the claim file from Allstate.

Nothing in this Order alters the parties' ongoing obligations to update their discovery responses pursuant to Federal Rule of Civil Procedure 26(e). Allstate may request its reasonable expenses incurred in making this motion, including attorneys' fees, under Federal Rule of Civil Procedure 37(a)(5) within 14 days of this Order.

Dated this 12th day of January, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL - 2