UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIL PEREZ,<br>      Plaintiff,<br><br>  v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br>      Defendant. | CASE NO. C23-0681-KKE<br><br>ORDER SETTING RESPONSE DEADLINE TO DEFENDANT'S PETITION FOR FEES |

This matter comes before the Court on Defendant's petition for attorneys' fees. Dkt. No. 30. Rule 37(a)(5)(A) states that if a motion to compel is granted, "the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." Before an award can be granted, the Court must give Plaintiff an "opportunity to be heard."

Accordingly, Plaintiff may file on or before February 2, 2024, an opposition to Defendant's fee petition. The opposition may not exceed 4,200 words. No reply shall be filed.

It is so ORDERED.

Dated this 23rd day of January, 2024.

                 *Kymberly K. Evanson*
                 Kymberly K. Evanson
                 United States District Judge