|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | WESTERN DISTRICT OF WASHINGTON |
| | AT SEATTLE |

JAMIL PEREZ,

                Plaintiff,

   v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

                Defendant.

CASE NO. C23-0681-KKE

ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE SCHEDULE

      This matter comes before the Court on the parties' stipulated motion to continue the case schedule. Dkt. No. 33. The Court finds good cause to extend the case schedule. Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 33) and STRIKES all forthcoming deadlines.

      The new trial date in this matter is February 3, 2025.

      The Court will enter a full case schedule promptly.

      Dated this 2nd day of February, 2024.

                                                Kymberly K. Evanson
                                                United States District Judge