The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JAMIL PEREZ, an individual,

                Plaintiff,

     v.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY, a foreign
insurance company, licensed to do, and doing
business in the State of Washington,

                Defendant.

Case No. 2:23-cv-00681-KKE

**STIPULATED MOTION TO DISMISS
CERTAIN CLAIMS WITH
PREJUDICE**

## STIPULATION

Pursuant to Fed. R. Civ. P. 41, Plaintiff Jamil Perez and Allstate Fire and Casualty

Insurance Company ("Allstate"), by and through their undersigned counsel, hereby stipulate to:

1.) Dismiss Plaintiff's bad faith, breach of contract, Insurance Fair Conduct Act, Consumer

    Protection Act, and WAC violations causes of action (Plaintiff's Second through

    Seventh Causes of Action, Dkt. #15) with prejudice and without an award of costs or

    attorneys' fees, and

2.) Waive Plaintiff's payment to Defendant of the $8875.50 in attorney fees ordered by the

    Court on February 26, 2024. (ORDER granting Defendant's Petition for Attorneys'

    Fees, Dkt. #39).

1    This stipulation does not affect Plaintiff's remaining alleged UIM contract claim against

2    Allstate.

3    DATED this 14th day of March, 2024.

4    DRIGGS, BILLS & DAY PLLC            FOX ROTHSCHILD LLP

5

6    /s/ Thomas McPherson                s/ Bryan J. Case

7    Thomas McPherson, WSBA #43192       Bryan J. Case, WSBA #41781
     2125 Western Avenue, Suite 500      Sarah D. Macklin, WSBA #49624
8    Seattle, WA  98121                  Jon S. Bogdanov, WSBA #52857
     Ph (206) 607-9098                   1001 Fourth Avenue, Suite 4400
9    Fax (206) 641-3214                  Seattle, WA 98154
     Email: tmcpherson@advocates.com     Telephone:  206.624.3600
                                         Facsimile:  206.389.1708
10   Attorneys for Plaintiff             Email: bcase@foxrothschild.com
                                                smacklin@foxrothschild.com
11                                              jbogdanov@foxrothschild.com

12                                       Attorneys for Defendant Allstate Fire and
                                         Casualty Insurance Company
13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO DISMISS CERTAIN CLAIMS
(2:23-cv-00681-RAJ) - 2

1

## **ORDER**

2          Based on the foregoing Stipulation, it is HEREBY ORDERED THAT Plaintiff's bad

3  faith, breach of contract, Insurance Fair Conduct Act, Consumer Protection Act, and WAC

4  violations causes of action (Plaintiff's Second through Seventh Causes of Action, Dkt. #15) are

5  DISMISSED with prejudice and without an award of costs or attorneys' fees, and that plaintiff

6  is relieved from paying Defendants the amount of $8875.50 in attorneys' fees that was

7  previously ordered by the Court on February 26, 2024.

8

9          DATED this 15th of March, 2024.

10

11          _____

12          Kymberly K. Evanson
           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO DISMISS CERTAIN CLAIMS
(2:23-cv-00681-RAJ) - 3