1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMIL PEREZ,

                        Plaintiff,

     v.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

                   Defendant.

CASE NO. C23-0681-KKE

ORDER GRANTING IN PART AND
DENYING IN PART STIPULATED
MOTION FOR EXTENSION OF TIME

13
14
15
16
17
18
19

     This matter comes before the Court on the parties' stipulated motion to extend the discovery and motion to challenge expert deadlines or, in the alternative, to extend the trial date and unexpired pretrial deadlines by two months.  Dkt. No. 45.  Because the extension of only two deadlines does not comply with the Court's case schedule, the Court denies the parties' request to extend only the discovery and motion to challenge expert deadlines.  But the parties have shown good cause for their alternative request for relief, a two-month extension of the trial and unexpired pretrial deadlines, so the Court will grant the parties' alternative request for relief.

20

     Accordingly, the parties' stipulation is GRANTED IN PART and DENIED IN PART.

21

     The Court ORDERS the case schedule is amended as follows:

22
23
24

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION FOR EXTENSION OF
TIME - 1

| Event | Prior Date | New Date |
|---|---|---|
| BENCH TRIAL SET FOR 9:30 a.m. on | **2/3/2025** | **4/21/2025** |
| Length of trial | 5 days | 5 days |
| Discovery must be completed by | 9/6/2024 | 11/22/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (*see* LCR 7(d)). | 10/7/2024 | 12/23/2024 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 12/5/2024 | 2/20/2025 |
| All motions in limine must be filed by | 12/30/2024 | 3/17/2025 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 1/13/2025 | 3/31/2025 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, and deposition designations due | 1/21/2025 | 4/7/2025 |
| Pretrial conference set for 10:00 a.m. on | 1/24/2025 | 4/10/2025 |

All other dates are specified in the Local Civil Rules.  The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties.  The Court will alter these dates only upon good cause shown.  Failure to complete discovery within the time allowed is not recognized as good cause.  If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov in writing within ten (10) days of the date of this Order and must set forth the exact nature of the conflict.  A failure to

do so will be deemed a waiver.  Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Dated this 10th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION FOR EXTENSION OF TIME - 3