UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMIL PEREZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>                    Defendant. | CASE NO. C23-0681-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

The parties filed a stipulated motion to dismiss this action with prejudice and without fees or costs to either party under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 63.  The stipulated motion is GRANTED and the matter is dismissed with prejudice.  The Clerk is directed to administratively close this case.

Dated this 28th day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1